# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMIE L. GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CV207** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **ORDER** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED June 10, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**